**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES L. TATUM II,<br><br>    Petitioner,<br><br>vs.<br><br>LINDA SANDERS, WARDEN,<br><br>    Respondent. | CASE NO. CV 09-06190 JFW (RZ)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge, and has considered de novo any portions of the Report as to which Petitioner has filed objections. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: March 29, 2010

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE