**O**

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES L. TATUM II,<br><br>        Petitioner,<br><br>  vs.<br><br>LINDA SANDERS, WARDEN,<br><br>        Respondent. | CASE NO. CV 09-06190 JFW (RZ)<br><br>JUDGMENT |

      This matter came before the Court on the Petition of CHARLES L. TATUM II for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the Report and Recommendation of the United States Magistrate Judge,

      IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice as moot.

DATED: March 29, 2010

                                          _____
                                          JOHN F. WALTER
                                          UNITED STATES DISTRICT JUDGE